1   Dean A. Reeves (#150558)
      dreeves@afrct.com
2   ANGLIN, FLEWELLING, RASMUSSEN,
      CAMPBELL & TRYTTEN LLP
3   199 S. Los Robles Avenue, Suite 600
4   Pasadena, California  91101-2459
    Tel:  (626) 535-1900 | Fax: (626) 577-7764
5
6   Attorneys for Defendant
    WELLS FARGO BANK, N.A.,
7   successor by merger with Wells Fargo Bank
    Southwest, N.A., f/k/a Wachovia Mortgage, FSB,
8   f/k/a World Savings Bank, FSB ("Wells Fargo")
9   (erroneously sued separately as "World Savings
    Bank, FSB," "Wachovia" and "Wells Fargo Bank,
10  et al.")

11

12              UNITED STATES DISTRICT COURT

13      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

14

15  LARRY BROWN,                          CASE NO.: 5:12-cv-02009-TJH (SPx)

16          Plaintiff,                    **WELLS FARGO BANK, N.A.'S
                                          NOTICE OF MOTION AND
17      v.                                MOTION TO DISMISS AND/OR
                                          SEVER AND JOINDER IN THE
18  BANK OF AMERICA, N.A., et al.,        BANK OF AMERICA
                                          DEFENDANTS' MOTION TO
19                                        DISMISS PLAINTIFF'S FIRST
          Defendants.                     AMENDED COMPLAINT
20                                        PURSUANT TO FEDERAL RULES
21                                        OF CIVIL PROCEDURE 8(A)(2),
                                          9(B), AND 12(B)(6) [DOCKET
22                                        NO. 107]**
23
24                                        **[FRCP 8(a)(2), 9(b), 12(b)(6), 20, 21,
25                                        and 42(b)]**
26                                        Date:   June 3, 2013
27                                        Time:   Under Submission
                                          Ctrm:   17
28

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6), 8(a) AND 9(b); OR, IN THE ALTERNATIVE, MOTION TO SEVER PURSUANT TO RULES 20, 21, AND 42(b)**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously sued separately as "World Savings Bank, FSB," "Wachovia" and "Wells Fargo Bank, et al.") will and hereby does move to dismiss and/or sever Plaintiff's First Amended Complaint ("FAC") pursuant to Fed. R. Civ. Proc. ("Rules") 8(a), 9(b), 12(b)(6), 20, 21 and 42(b). This motion will be taken under submission on June 3, 2013, in Courtroom 17 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012, the Honorable Terry J. Hatter presiding.

This motion is made on the following grounds: (1) the *pro se* Plaintiff does not have the right to represent the interests of unnamed parties in this action and is engaged in the unlicensed practice of law; (2) each claim in the FAC fails to provide a short and plain statement of the claim showing that the pleader is entitled to relief; (3) each claim in the FAC fails to state a claim upon which relief can be granted; and (4) the claims in the FAC are misjoined.

This motion is based upon this Notice, Wells Fargo's Joinder in the Bank of America Defendants' Motion to Dismiss the FAC[1] (Docket No. 107), the Bank of America Defendants' Memorandum of Points and Authorities in Support (Docket

---

[1] "Bank of America Defendants" refers to Bank of America, N.A., (for itself and as successor by merger to BAC Home Loans Servicing, LP [erroneously sued as Bank of America Home Loans Servicing, LLP and fka Countrywide Home Loans Servicing LP] and Countrywide Bank, FSB); Countrywide Financial Corporation; MERSCORP Holdings, Inc. (erroneously sued as MERSCORP, Inc.); Mortgage Electronic Registration Systems, Inc.; and ReconTrust Company, N.A.

1   No. 107), the Proposed Order, the argument of counsel at any hearing, and any

2   further matters as this Court deems proper to consider.

3          This motion is brought following an attempt by defendant's counsel to meet

4   and confer with Plaintiff by telephone on April 23, 2013.

5                                   **JOINDER**

6          Defendant Wells Fargo hereby joins in the Bank of America Defendants'

7   Motion to Dismiss the First Amended Complaint pursuant to Federal Rules of

8   Civil Procedure 8(a)(2), 9(b), 12(b)(6), 20(a)(1), and 21 and Memorandum of

9   Points and Authorities in Support (Docket No. 107) (the "Motion"), and hereby

10  adopts and incorporates by reference the Motion as though set forth in full herein.

11         For the reasons set forth in the Motion, which apply equally to the claims

12  against the Bank of America Defendants and to the claims against Wells Fargo,

13  Plaintiff's FAC should be dismissed, without further leave to amend.

14  Alternatively, for the reasons set forth in the Motion, the claims should be found

15  impermissibly joined, as they do not arise out of the same transaction or

16  occurrence, or series of transactions or occurrences.  *See* Fed. R. Civ. Proc. 20.

17  The claims should therefore be severed and/or dismissed pursuant to Rules 20, 21,

18  42(b), and 12(b)(6).

19                                         Respectfully submitted,

20  Dated:  April 29, 2013               ANGLIN, FLEWELLING, RASMUSSEN,
                                           CAMPBELL & TRYTTEN LLP

21

22                                       By:    /s/ *Dean A. Reeves*
                                                Dean A. Reeves
23                                              dreeves@afrct.com

24                                       Attorneys for Defendants
                                         WELLS FARGO BANK, N.A., successor by
25                                       merger with Wells Fargo Bank Southwest, N.A.,
                                         f/k/a Wachovia Mortgage, FSB, f/k/a World
26                                       Savings Bank, FSB ("Wells Fargo") (erroneously
                                         sued separately as "World Savings Bank, FSB,"
27                                       "Wachovia" and "Wells Fargo Bank, et al.")

28

*ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP*

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**WELLS FARGO BANK, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS AND/OR SEVER AND JOINDER IN THE BANK OF AMERICA DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 8(A)(2), 9(B), AND 12(B)(6) [DOCKET NO. 107]**

on all interested parties in said case as follows:

**Served via the The Court's CM/ECF System and
By Means Other Than The Court's CM/ECF System**

| **Served By Means Other Than The Court's CM/ECF System** | **Served via the The Court's CM/ECF System** |
|---|---|
| **BY MAIL**<br>*Pro Se Plaintiff,*<br>*Larry Brown:*<br><br>Larry Brown<br>2228 Chamberlain Street<br>Stockton, CA 95212<br><br>Tel: (818) 358-9414 | *Counsel for Defendants,*<br>*Bank of America NA, Bank of America Home Loans Servicing LlP, ReconTrust Company NA, Countrywide Financial Corporation & Countrywide Bank FSB*<br><br>Brian J Recor, Esq.<br>Nafiz Cekirge, Esq.<br>Robert Edward Boone, III, Esq.<br>Bryan Cave LLP<br>120 Broadway Suite 300<br>Santa Monica, CA 90401-2386<br>T: (310) 576-2121 | F: (310) 576-2200<br>Email: brian.recor@bryancave.com<br>nafiz.cekirge@bryancave.com<br>reboone@bryancave.com |

93000/HR0810/00631463-1

CERTIFICATE OF SERVICE

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

| | |
|---|---|
| **Served via the**<br>**The Court's CM/ECF System**<br><br>*Counsel for Defendant,*<br>*US Bank NA*<br><br>Heather Uttecht Guerena, Esq.<br>Duane Morris LLP<br>750 B Street, Suite 2900<br>San Diego, CA 92101-4681<br><br>T: (619) 744-2200 \| F: (619) 744-2201<br>Email: huguerena@duanemorris.com | **Served via the**<br>**The Court's CM/ECF System**<br><br>*Counsel for Defendant,*<br>*JP Morgan Chase & Co.*<br><br>Alyson M. Dudkowski, Esq.<br>Sean D. Muntz, Esq.<br>Bryan Case LLP<br>3161 Michelson Drive, Suite 1500<br>Irvine, CA 92612<br><br>T: (949) 223-7000 \| F: (949) 223-7100<br>Email: dudkowskia@bryancase.com<br>sean.muntz@bryancase.com |
| **Served via the**<br>**The Court's CM/ECF System**<br><br>*Counsel for Defendant,*<br>*Aurora Bank, FSB*<br><br>John B. Sullivan, Esq.<br>Mary K. Sullivan, Esq.<br>Rebecca Snavely Saelao, Esq.<br>McCarthy and Holthus LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101<br><br>T: (619) 645-7711 \| F: (619) 568-3518<br>Email: jsullivan@mccarthyholthus.com<br>msullivan@mccarthyholthus.com<br>rsaelao@mccarthyholthus.com | **Served via the**<br>**The Court's CM/ECF System**<br><br>*Counsel for Defendants,*<br>*PNC Mortgage & PNC Bank National*<br>*Association*<br><br>Alan S. Petlak, Esq.<br>Ballard and Spahr LLP<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067-2909<br>T: (424) 204-4320 \| F: (424) 204-4350<br>Email: petlaka@ballardspahr.com<br><br>David H. Pittinsky, Esq.<br>Ballard and Spahr LLP<br>1735 Market Street, 52st Floor<br>Philadelphia, PA 19103-7599<br>T: (215) 665-8500 \| F: (215) 864-8999<br>pittinsky@ballardspahr.com |

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

| Served via the<br>The Court's CM/ECF System | Served via the<br>The Court's CM/ECF System |
|---|---|
| *Counsel for Defendant,*<br>*Washington Mutual Bank FA*<br>*(erroneously sued as: JP Morgan*<br>*Chase Bank, N.A., an acquirer of*<br>*certain assets and liabilities of*<br>*Washington Mutual Bank from the*<br>*FDIC as receiver)*<br><br>Alyson M. Dudkowski, Esq.<br>Sean D. Muntz, Esq.<br>Stuart W. Price, Esq.<br>Bryan Case LLP<br>3161 Michelson Drive, Suite 1500<br>Irvine, CA 92612<br><br>T: (949) 223-7000 \| F: (949) 223-7100<br>Email: dudkowskia@bryancase.com<br>sean.muntz@bryancase.com | *Counsel for Defendant,*<br>*Ocwen financial Services (erroneously*<br>*sued as: Ocwen Loan Servicing, LLC)*<br><br>Renee Reyes De Golier, Esq.<br>Eric D. Houser, Esq.<br>Houser & Allison, APC<br>3780 Kilroy Airport Way, Suite 130<br>Long Beach, CA 90806<br><br>T: (562) 256-1675, x323<br>F: (562) 679-1112<br>Email: rdegolier@houser-law.com<br>scleere@houser-law.com |

[X]   **BY MAIL** (*Pro Se Plaintiff, Larry Brown*): I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on April 29, 2013.

Rachelle Guillory
(Print Name)

*/s/ Rachelle Guillory*
(Signature of Declarant)

CERTIFICATE OF SERVICE