1  WRIGHT, FINLAY & ZAK, LLP
   Jonathan M. Zak, Esq., SBN 121592
2  Gwen H. Ribar, Esq., SBN 188024
3  Monica D. Dib, Esq., SBN 222106
   4665 MacArthur Court, Suite 280
4  Newport Beach, CA  92660
5  (949) 477-5050; Fax: (949) 477-9200
6  jzak@wrightlegal.net; mdib@wrightlegal.net

7  Attorneys for Defendant, EC CLOSING CORP. formerly known as CAL-
8  WESTERN RECONVEYANCE CORPORATION

9

10             UNITED STATES DISTRICT COURT

11   CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

12

13  LARRY BROWN,                    )  Case No.:  5:12-cv-02009-TJH-SP
                                    )
14              Plaintiff,          )  Hon. Terry J. Hatter
                                    )
15                                  )
16      vs.                         )  **SUGGESTION OF BANKRUPTCY**
                                    )  **BY DEFENDANT EC CLOSING**
17  BANK OF AMERICA, N.A.;          )  **CORP. formerly known as CAL-**
18  RECONTRUST COMPANY, N.A.;       )  **WESTERN RECONVEYANCE**
    MERSCORP, INC.; MORTGAGE        )  **CORPORATION**
19  ELECTRONIC REGISTRATION         )
20  SYSTEMS, INC.; CITIGROUP INC.   )
    ET. AL; BANK OF AMERICA HOME)
21  LOANS SERVICING, LLP;           )
22  COUNTRYWIDE FINANCIAL           )
    CORPORATION; COUNTRYWIDE        )
23  BANK, FSB; COUNTRYWIDE          )
24  HOME LOAN SERVICING, LP; U.S.   )
25  BANK, N.A.; JPMORGAN CHASE &    )
    CO; AURORA BANK, FSB; PNC       )
26  MORTGAGE; PNC BANK              )
27  NATIONAL ALLOCIATION;           )
    WASHINGTON MUTUAL BANK,         )
28  FA; WORLD SAVINGS BANK, FB;     )

- 1 -

1  OCWEN FINANCIAL SERVICES;      )
   CAL-WESTERN RECONVEYANCE )
2  CORPORATION; U.S. BANK, N.A.;   )
3  DEUTSCHE BANK NATIONAL        )
   TRUST COMPANY; WELLS FARGO )
4  BANK, ET. AL; THE BANK OF NEW )
5  YORK MELLON;                          )
                                                  )
6                  Defendants.          )
7  _____)

8       **TO THE HONORABLE COURT AND TO ALL PARTIES AND**

9  **THEIR ATTORNEYS OF RECORD, IF ANY:**

10      **PLEASE TAKE NOTICE** that Defendant EC CLOSING CORP.,

11 formerly known as CAL-WESTERN RECONVEYANCE CORPORATION,

12 filed a voluntary petition for bankruptcy under Chapter 11 of the United States

13 Code on June 25, 2013 in the United States Bankruptcy Court for the District of

14 Delaware, Case No. 13-11619. As such, pursuant to 11 U.S.C. § 362, all further

15 proceedings against EC CLOSING CORP., formerly known as CAL-WESTERN

16 RECONVEYANCE CORPORATION, are stayed.

17                              Respectfully submitted,

18                              **WRIGHT, FINLAY & ZAK, LLP**

19

20 Dated: July 16, 2013       By:    */s/Monica D. Dib*
                                     Jonathan M. Zak, Esq.
21                                   Gwen H. Ribar, Esq.
22                                   Monica D. Dib, Esq.
                                     Attorneys for Defendant, CAL-WESTERN
23                                   RECONVEYANCE CORPORATION
24
25
26
27
28
                              - 2 -

SUGGESTION OF BANKRUPTCY

B1 (Official Form 1) (04/13)

Case 13-11619-BLS   Doc 1   Filed 06/25/13   Page 1 of 14

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF DELAWARE | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>EC Closing Corp. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Cal-Western Foreclosure Services<br>Cal-Western Reconveyance Corp. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 95-3708580 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>400 Northridge Road, Atlanta, Georgia | Street Address of Joint Debtor (No. and Street, City, and State): |
| ZIP CODE: 30350 | ZIP CODE |
| County of Residence or of the Principal Place of Business: Fulton | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP CODE | ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other: Former Tech. Services and Processing

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)**

☐ Chapter 7          ☐ Chapter 15 Petition for
☐ Chapter 9
☒ Chapter 11
☐ Chapter 12        ☐ Chapter 15 Petition for
☐ Chapter 13            Recognition of a Foreign
                                   Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ☒ Debts are primarily business debts.

**Filing Fee (Check one box.)**

☒ Full Filing Fee attached.

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1) (04/13)**

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): EC Closing Corp. | Page 2 |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)** | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)** | | |
|---|---|---|
| Name of Debtor: See attached Schedule 1 | Case Number: | Date Filed: |
| District: District of Delaware | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
|  | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | EIG Closing Corp. |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X  *Eliza F. Johnson*
Signature of Attorney for Debtor(s)

Eliza F. Johnson (No. 5329)
Printed Name of Attorney for Debtor(s)

Werkis Carth & Rice LLP
Firm Name

222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Address

(302) 252-4337
Telephone Number

June 28, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Peter T. Ryan
Printed Name of Authorized Individual

Chief Executive Officer
Title of Authorized Individual

June 28, 2013
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

The Debtors have moved for joint administration of the Additional Debtors under the number assigned to the chapter 11 cases of Prommis Holdings, LLC, *et al.* (C.A. No. 13-10551).

| DEBTOR | CASE NO. | DATE FILED | EIN |
|---|---|---|---|
| Prommis Holdings, LLC | 13-10551 | 3/18/2013 | 45-5366940 |
| Prommis Fin Co. | 13-10552 | 3/18/2013 | 45-5362965 |
| Prommis Solutions, LLC | 13-10553 | 3/18/2013 | 20-4169978 |
| E-Default Services LLC | 13-10554 | 3/18/2013 | 20-4170016 |
| Statewide Tax and Title Services of Alabama LLC | 13-10555 | 3/18/2013 | 27-2387733 |
| Statewide Tax and Title Services LLC | 13-10556 | 3/18/2013 | 20-4170049 |
| Statewide Publishing Services LLC | 13-10557 | 3/18/2013 | 20-4170079 |
| Nationwide Trustee Services, Inc. | 13-10558 | 3/18/2013 | 26-0252436 |
| Nationwide Trustee Services of Virginia, Inc. | 13-10559 | 3/18/2013 | 27-3346687 |
| EC Mailing Corp. f/k/a Interface Inc. | 13-10560 | 3/18/2013 | 33-0819903 |
| Prommis Homeownership Solutions, Inc. | 13-10561 | 3/18/2013 | 26-3670569 |
| ADDITIONAL DEBTORS | | | |
| EC Closing Corp. | TBD | 6/25/2013 | 95-3708580 |
| EC Closing Corp. of Washington | TBD | 6/25/2013 | 91-1722552 |
| EC Posting Closing Corp. | TBD | 6/25/2013 | 95-3199995 |

EC Closing Corp.

## WRITTEN CONSENT IN LIEU OF THE
## SPECIAL MEETING OF THE BOARD OF DIRECTORS

The undersigned, being all of the members of the board of directors (the *"Board of Directors"*) of EC Closing Corp., a California Corporation (the *"Company"*), in lieu of holding a meeting of the Board of Directors of the Company, hereby take the following actions and adopt the following resolutions by unanimous written consent as of June 25, 2013, and further direct that this consent be filed with the minutes of the proceedings of the meetings of the Board of Directors of the Company:

WHEREAS, the Board of Directors of the Company has reviewed and had the opportunity to ask questions about the materials presented by the Company's management team and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's business; and

WHEREAS, the Board of Directors has had the opportunity to consult with the Company's management team and the legal and financial advisors of the Company to fully consider each of the strategic alternatives available to the Company.

I.      **Voluntary Petition under the Provisions of Chapter 11 of Title 11 of the United States Bankruptcy Code**

NOW THEREFORE, BE IT RESOLVED, that the Board of Directors has determined that it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*); and be it further

RESOLVED, that the following officers of the Company (each a *"Designated Officer"*):

- Chief Executive Officer and President;
- Chief Operating Officer and Executive Vice President;

in each case acting singly or jointly, be, and they hereby are, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary, appropriate, desirable or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and be it further

RESOLVED, that each of the Designated Officers who are members of the boards of directors/managers of EC Closing Corp. of Washington be, and hereby is, authorized and empowered, to cause such direct or indirect subsidiaries of the Company to file or cause to

15441113

be filed voluntary petitions for relief under the provisions of chapter 11 of the Bankruptcy Code, together with such other associated actions as authorized with respect to the Company in the resolutions set forth herein, and be it further

RESOLVED, that the Company is hereby authorized and directed to engage the law firm of Womble Carlyle Sandridge & Rice, LLP, as restructuring counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application to retain the services of Womble Carlyle Sandridge & Rice, LLP and any other conflicts counsel, if required; and be it further

RESOLVED, that the Company is hereby authorized and directed to engage the law firm of Kirkland & Ellis LLP, as restructuring co-counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings and petitions for relief, and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Kirkland & Ellis LLP; and be it further

RESOLVED, that the Company is hereby authorized and directed to engage the firm of Huron Consulting Services, LLC, as restructuring advisor, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Huron Consulting Services, LLC; and be it further

RESOLVED, that the Company is hereby authorized and directed to engage Donlin Recano & Company, Inc., as notice and claims agent, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Donlin Recano & Company, Inc.; and be it further

RESOLVED, that the Company is hereby authorized and directed to engage any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary in the opinion of such Designated Officers.

**II.     Further Actions and Prior Actions**

NOW, THEREFORE BE IT RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it further

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate had been specifically authorized in advance by resolution of the Board of Directors and that the Designated Officer did execute the same.

The actions taken by this consent shall have the same force and effect as if taken at a meeting of the Board of Directors of the Company duly called and constituted pursuant to the Bylaws of the Company and the laws of the State of California.

\*\*\*\*\*\*\*\*

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date above first written.

Charles Piper

WCSR 30394608v3

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EC Closing Corp., | ) Case No. 13-_____ ( ) |
| | ) |
|                 Debtor. | ) |
| | ) |

### EXHIBIT C TO VOLUNTARY PETITION

1.      Identify and briefly describe all real or personal property owned by, or in possession of, the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

           None.

2.      With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

           The Debtor is not aware of any definition of "imminent and identifiable harm" as used in this form.  The Debtor does not believe it owns or possesses property that poses or is alleged to pose a threat of such harm.

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EC Closing Corp., | ) Case No. 13-_____ ( ) |
| | ) |
| Debtor. | ) |
| | ) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Prommis Solutions, LLC | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Charles T. Piper, the undersigned authorized signatory of EC Closing Corp., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: June 25, 2013

_____
Charles T. Piper
Chief Executive Officer

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EC Closing Corp., | ) Case No. 13-_____ ( ) |
| | ) |
| Debtor. | ) |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS

| REGISTERED NAME AND LAST KNOWN ADDRESS OR PLACE OF BUSINESS OF HOLDER | KIND OF INTEREST REGISTERED AND NUMBER REGISTERED | LAST KNOWN ADDRESS OR PLACE OF BUSINESS OF HOLDER | NUMBER OF SECURITIES UNIT REGISTERED PERCENTAGE TO HOLDER |
|---|---|---|---|
| EC Closing Corp. | Prommis Solutions, LLC | 400 Northridge Rd. Atlanta, GA 30350 | 100% |

I, Charles T. Piper, the undersigned authorized signatory of EC Closing Corp., named as a debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: June 25, 2013

Charles T. Piper
Chief Executive Officer

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| EC Closing Corp., | )    Case No. 13-_____ ( ) |
| | ) |
|           Debtor. | ) |
| | ) |

## LIST OF CREDITORS HOLDING
## THE 30 LARGEST UNSECURED CLAIMS

     EC Closing Corp. and certain of its affiliates, as debtors and debtors in possession (collectively, the *"Debtors"*)[*] each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*). The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the *"Consolidated List"*) based on the Debtors' books and records as of June 25, 2013. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition "insider" set forth in 11 U.S.C. §101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims on a consolidated basis. None of these creditors is a minor child. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

---

[*] The Debtors referenced herein for purposes of this Consolidated List are: EC Closing Corp., EC Closing Corp. of Washington and EC Posting Closing Corp.

Top 30 Unsecured Creditors

| Creditor Name | Creditor Address | Nature of Debt | Contingent, Unliquidated, Disputed or Subject to Set Off | Unsecured Amount |
|---|---|---|---|---|
| LPS DEFAULT TITLE | 601 Riverside Avenue Jacksonville, FL 32204 (720) 566-8771 | Trade | | $1,860,287 |
| FIRST AMERICAN TITLE INSURANCE COMPANY | 165 EAST PARKS HWY STE 101 Wasilla, AK 99654 (808) 545-6192 | Trade | | $1,768,472 |
| LPS AGENCY SALES & POSTING | 3210 EL CAMINO REAL SUITE 200 Irvine, CA 92602 | Trade | | $483,278 |
| TRUSTEE'S TITLE & ESCROW, L.C. | 10808 RIVER FRONT PARKWAY SUITE 175 South Jordan, UT 84095 (801) 254-9451 | Trade | | $227,866 |
| SERVICE LINK TSG | Dept 8521 Los Angeles, CA 90084 | Trade | | $153,867 |
| ORANGE COAST TITLE COMPANY | 2411 WEST LA PALMA AVE., SUITE 350 Building 1 Anaheim, CA 92801 | Trade | | $85,625 |
| PACIFIC COAST TITLE | 1111 E. KATELLA AVE #200 Orange, CA 92867 (714) 516-6681 | Trade | | $62,294 |
| PITE DUNCAN, LLP | 4375 JUTLAND DIRVE, #200 San Diego, CA 92117 | Trade | Yes | $61,121 |
| Land Records of Texas | PO BOX 511459 Los Angeles, CA 90051 | Trade | | $49,081 |
| ORANGE TITLE INSURANCE AGENCY | 1447 SOUTH 550 EAST Orem, UT 84097 | Trade | | $32,796 |
| ANTELOPE VALLEY PRESS | P.O. BOX 4050 Palmdale, CA 93590 | Trade | | $32,398 |
| COASTLINE POSTING AND FIELD SERVICES | 24551 RAYMOND WAY STE150 Lake Forest, CA 92630 714-235-5515 | Trade | | $24,200 |
| INLAND VALLEY DAILY BULLETIN (Ontario) | 4000 EXECUTIVE PARKWAY SUITE 200 San Ramon, CA 94583 | Trade | | $23,918 |
| THE DAILY HERALD | 1555 NORTH FREEDOM BLVD P.O. Box 717 Provo, UT 84603 | Trade | | $22,390 |
| LPS PROCESS MANAGEMENT | PO BOX 849277 Los Angeles, CA 90084 | Trade | | $21,640 |
| Land Records of Texas | PO BOX 511459 Los Angeles, CA 90051 | Trade | | $19,967 |
| THE RECORD | Dept LA 21670 Pasadena, CA 91185 | Trade | | $17,364 |
| FINANCIAL FREEDOM | 2900 ESPERANZA CROSSING Austin, TX 78758 | Trade | | $17,100 |
| NEVADA LEGAL SUPPORT SERVICES, LLC | 930 S. FOURTH STREET, SUITE 200 Las Vegas, NV 89101 | Trade | | $16,315 |
| SAN DIEGO NEIGHBORHOOD NEWSPAPERS | CHULA VISTA STAR NEWS296 3RD AVENUE Chula Vista, CA 91910 | Trade | | $15,433 |
| NEWSPAPER AGENCY CORPORATION | LEGAL ADVERTISING DIVISION P.O. BOX 704005 West Valley City, UT 84170 | Trade | | $14,749 |

**Top 30 Unsecured Creditors**

| Creditor Name | Creditor Address | Nature of Debt | Contingent, Unliquidated, Disputed or Subject to Set Off | Unsecured Amount |
|---|---|---|---|---|
| THE DAILY REVIEW | C/O BAY AREA NEWS GROUP<br>4000 EXECUTIVE PARKWAY SUITE 200<br>San Ramon, CA 94583 | Trade | | $14,084 |
| DAILY BULLETIN | CITY NEWS - UPLAND<br>4000 EXECUTIVE PARKWAY SUITE 200<br>San Ramon, CA 94583 | Trade | | $12,838 |
| Law Offices of James H. Woodall, PLLC | 10808 River Front Pkwy STE 175<br>South Jordan, UT 84095 | Trade | | $12,725 |
| OGDEN STANDARD EXAMINER | P.O. BOX 12790<br>Ogden, UT 84412 | Trade | | $11,893 |
| FRESNO BEE | 1626 E STREET<br>Fresno, CA 93786 | Trade | | $11,859 |
| ERIC NICOLAS | 2123 Menodno Drive<br>Bay Point, CA 94565 | Trade | | $11,165 |
| DESERT SUN PUBLISHING CO. | PO BOX 2737<br>Palm Springs, CA 92263 | Trade | | $10,830 |
| WEST COUNTY TIMES | C/O BAY AREA NEWSGROUP<br>4000 EXECUTIVE PARKWAY SUITE 200<br>San Ramon, CA 94583 | Trade | | $10,211 |
| SAN DIEGO NEIGHBORHOOD NEWSPAPERS | EAST COUNTY CALIFORNIAN<br>296 3RD AVENUE<br>Chula Vista, CA 91910 | Trade | | $10,190 |
| | | | | |
| | | | | $5,115,934 |

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, Charles T. Piper, the duly qualified and elected Chief Executive Officer of EC Closing Corp., declare under penalty of perjury that I have reviewed the foregoing List and that it is true and correct to the best of my information and belief.

Dated: June 25, 2013

Charles T. Piper
Chief Executive Officer

# **PROOF OF SERVICE**

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) and not a party to the within action.  My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.  I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On July 17, 2013, I served the within SUGGESTION OF BANKRUPTCY BY DEFENDANT EC CLOSING CORP. formerly known as  CAL-WESTERN RECONVEYANCE CORPORATION all interested parties in this action as follows:

[X]    by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s)  addressed as follows:

[X]    (BY MAIL SERVICE) I caused such envelope(s) for collection to be mailed on this date following ordinary business practices AS TO Plaintiff Pro Se, Larry Brown at this address as indicated on the Attached Service List ONLY;

[ ]    (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]    (BY NORCO OVERNIGHT - NEXT DAY DELIVERY) I placed true and correct copies thereof enclosed in a package designated by Norco Overnight with the delivery fees provided for.

[X]    (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E) as to the parties on the attached Service List.

PROOF OF SERVICE

1

SEE ATTACHED SERVICE LIST

[X]   (FEDERAL) I declare under penalty of perjury under the laws of the United
      States of America that the foregoing is true and correct.

Executed on  July 17, 2013, at Newport Beach, California.

Gretchen Grant

1

2

# <u>SERVICE LIST</u>

3  Larry Brown, Esq.

4  2228 Chamberlain Street
   Stockton, CA  95212

5  Tel.: (818) 358-9414

6  **Plaintiff Pro Se**

7
   Brian J. Recor, Esq.
8  Nafiz Cekirge, Esq.

9  Robert Edward Boone, III, Esq.
   BRYAN CAVE LLP
10 120 Broadway, Suite 300

11 Santa Monica, CA  90401
   Tel.: (310) 576-2121
12 Fax: (310) 576-2200

13 Brian.recor@bryancave.com

14 **Attorneys for Defendants, BANK OF AMERICA, N.A.**
   **RECONTRUST COMPANY, NA,  COUNTRYWIDE FINANCIAL**
15 **CORPORATION, and BANK OF AMERICA HOME LOANS SERVICING LP**

16 Ian A Rambarran, Esq.

17 Andre M. Chernap, Esq.
   KLINEDINST PC
18 801 K Street Suite 2800

19 Sacramento, CA 95814
   916-444-7573
20 Fax: 916-444-7574

21 Email: irambarran@klinedinstlaw.com

22 **Attorneys for Defendant, U.S. Bank, NA**

23
   Alyson M. Dudkowski, Esq.
24 Sean D. Muntz, Esq.

25 Stuart W. Price, Esq.
   BRYAN CAVE LLP
26 3161 Michelson Drive, Suite 1500

27 Irvine, CA  92612
   Tel.: (949) 223-7000
28 Fax: (949) 223-7100
   dudkowskia@bryancave.com

PROOF OF SERVICE

3

**Attorneys for Defendants, JP MORGAN CHASE & CO, and Washington Mutual Bank FA**

John B Sullivan, Esq.
Mary K Sullivan, Esq.
Rebecca Snavely Saelao
SEVERSON AND WERSON APC
One Embarcadero Center Suite 2600
San Francisco, CA 94111
Tel.: (415) 398-3344
Fax: (415) 956-0439
jbs@severson.com
**Attorneys for Defendant, AURORA BANK FSB**

Ashley B Hennessee, Esq.
MCCARTHY AND HOLTHUS LLP
1770 Fourth Avenue
San Diego, CA 92101
619-645-7711
Fax: 619-568-3518
Email: ahennessee@mccarthyholthus.com
**Attorneys for Defendant, Quality Loan Service Corporation**

Alan S. Petlak, Esq.
David H. Pittinsky, Esq.
BALLARD and SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067
Tel.: (424) 204-4320
Fax: (424) 204-4350
petlaka@ballardspahr.com
**Attorney for Defendants, PNC MORTGAGE, PNC BANK NATIONAL ASSOCIATION, and NATIONAL CITY MORTGAGE CO**

Renee Reyes De Golier, Esq,
Eric D. Houser, Esq.
HOUSER & ALLISON, APC
3780 Kilroy Airport Way, Suite 130
Long Beach, CA 90806

---

PROOF OF SERVICE

4

Tel.: (562) 256-1675 ex 323
Fax: (949) 679-1112
rdegolier@houser-law.com
**Attorneys for Defendant, OCWEN FINANCIAL SERVICES**

Heather Uttecht Guerena, Esq.
DUANE MORRIS LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Tel.: (619)744-2200
Fax: (619) 744-2201
Email: huguerena@duanemorris.com
**Attorneys for Defendant, U.S. Bank, NA**

PROOF OF SERVICE